MARC J. FAGEL (State Bar No. 154425)
JUDITH L. ANDERSON (State Bar No. 124281)
  andersonju@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JAY GILBERTSON, ALBERT BERGONZI, DOMINICK DEROSA,<br><br>Defendants. | Case No. C 00-03570 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSIT AND DISTRIBUTION OF PENALTY FUNDS FROM DEFENDANT JAY GILBERTSON** |

Plaintiff Securities and Exchange Commission ("Commission") and defendant Jay Gilbertson ("Gilbertson"), by and through their respective counsel of record, respectfully submit this stipulation regarding the distribution of penalty funds paid by Gilbertson, with reference to the following facts:

**RECITALS**

A.   On July 1, 2003, the Court entered a Final Judgment as to Jay Gilbertson in the instant action. Paragraph VII of the Final Judgment provides that Gilbertson pay a civil penalty in the amount of $1,000,000 to be deposited into the Court and held by the Clerk in an interest bearing account with the Court Registry Investment System.

B.   Gilbertson's counsel represents that funds in the amount of $1,000,000 were deposited, pursuant to an agreement with the Commission, in a client trust account at the law firm Paul Hastings Janofsky & Walker LLP, and that the funds are currently held in that account.

C.   The Judgment provides that the United States Attorney or the Commission may, by motion, "propose a plan to distribute the Fund [the penalty amount together with any interest and income earned] subject to court approval" and that such a plan "may provide that Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002." In lieu of a motion, the Commission and Gilbertson submit this stipulation.

D.   The parties wish to have the penalty funds held by counsel distributed pursuant to Section 308(a) of the Sarbanes-Oxley Act for the benefit of the victims of the securities fraud violations alleged against Gilbertson by the Commission.[1] The parties are informed and believe that the list of victims is voluminous and that it would be too costly for the Clerk's Office to develop such a list and prepare and mail checks to the victims. In addition, as described in paragraphs F-G below, an established means exists to distribute these funds.

E.   Counsel for the Commission has consulted with plaintiffs' class counsel in the proceeding *In re McKesson HBOC Securities Litigation*, U.S. District Court, Northern District of California, San Jose Division, C99-20743 RMW (the "Securities Case"). On February 24, 2006, Judge Whyte of this Court entered an Order Approving Plan of Allocation, setting the terms by which the proceeds of litigation would be awarded to class members in the Securities Case.

F.   Counsel for the Commission has determined that the most efficient means of distributing the funds identified in paragraphs A-B above is to have those funds deposited with the Clerk's Registry (as the Judgment provides) and then have the Clerk of the Court pay those sums over to the party handling claims distributions in the Securities Case, Analytics, Inc. (the "Claims Administrator").

---

[1] On March 6, 2008, the Honorable Martin J. Jenkins issued an order in *United States v. Gilbertson*, No. CR-00-00505-2 MJJ, providing that $4,020,284.22 paid in restitution by defendant Gilbertson would be treated in the same fashion as the parties request for treatment of the penalty funds identified herein.

G. The Claims Administrator has requested, however, that the funds only be sent to the Claims Administrator at a time very close to distribution for tax reasons. Class counsel has advised that the next distribution is expected to take place near the end of April or in early May 2008.

**STIPULATION**

THEREFORE, THE PARTIES AGREE AND STIPULATE, subject to the Court's approval, as follows:

1. The law firm Paul Hastings Janofsky & Walker LLP is directed to pay to the Clerk of the Court the sum $1,000,000 within five (5) days of the entry of the Order approving this stipulation. Funds should be remitted via overnight courier to the Clerk of the United States District Court, 450 Golden Gate Avenue, 16th Floor, Room 11, San Francisco, CA 94102, and the reference line should read Case No. C 00-03570 SI (Gilbertson). A copy of the Court's Order shall be submitted with the payment.

2. The Clerk of the Court is directed to accept the $1,000,000 and to deposit that sum in the Clerk's Registry.

3. Counsel for the Commission will notify the Clerk of the Court when the time comes to forward the funds held in the Clerk's Registry to the Claims Administrator.

4. Upon written notification from Counsel for the Commission, the Clerk shall pay the funds in the Clerk's registry, plus any interest earned on those funds, to the Claims Administrator. The Claims Administrator's name and address is:

> Analytics Incorporated, Claims Administrator
> 18750 Lake Drive East
> Chanhassen, MN 55317

STIPULATION AND [PROPOSED] ORDER RE DEPOSIT &
DISTRIBUTION OF GILBERTSON PENALTY FUNDS
CASE NO. C-00-3570 SI

3

5. The Claims Administrator is directed to pay the sums received from the Clerk of the Court to the Authorized Claimants, consistent with the terms of the Plan of Allocation approved by Judge Whyte of the District Court on February 24, 2006.

Dated: March 17, 2008            /s/ Judith L. Anderson_____
Marc J. Fagel
Judith L. Anderson
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: March 17, 2008            MCGUIREWOODS LLP

/s/ Robert Plotkin_____
Robert Plotkin
Attorneys for Defendant JAY GILBERTSON

I, Judith L. Anderson, attest that Robert Plotkin has read and approved the **Stipulation and [Proposed] Order Regarding Deposit And Distribution Of Penalty Funds From Defendant Jay Gilbertson** and consents to its filing in this action.

# ORDER

The Court, having reviewed the above Stipulation Regarding Deposit and Distribution of Penalty Funds, and good cause appearing, hereby APPROVES the Stipulation, and orders:

1. The law firm Paul Hastings Janofsky & Walker LLP is directed to pay to the Clerk of the Court the sum $1,000,000 within five (5) days of the entry of the Order approving this stipulation. Funds should be remitted via overnight courier to the Clerk of the United States District Court, 450 Golden Gate Avenue, 16th Floor, Room 11, San Francisco, CA 94102, and the reference line should read Case No. C 00-03570 SI (Gilbertson). A copy of the Court's Order shall be submitted with the payment.

2. The Clerk of the Court is directed to accept the $1,000,000 and to deposit that sum in the Clerk's Registry.

3. Counsel for the Commission will notify the Clerk of the Court when the time comes to forward the funds held in the Clerk's Registry to the Claims Administrator.

4. Upon written notification from Counsel for the Commission, the Clerk shall pay the funds in the Clerk's registry, plus any interest earned on those funds, to the Claims Administrator. The Claims Administrator's name and address is:

> Analytics Incorporated, Claims Administrator
> 18750 Lake Drive East
> Chanhassen, MN 55317

5. The Claims Administrator is directed to pay the sums received from the Clerk of the Court to the Authorized Claimants, consistent with the terms of the Plan of Allocation approved by Judge Whyte of the District Court on February 24, 2006.

IT IS SO ORDERED.

DATED: 3/18/08

_____
UNITED STATES DISTRICT JUDGE